UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60999-CV-ALTMAN
MAGISTRATE JUDGE REID

CRAIG CROSS,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

## REPORT OF MAGISTRATE JUDGE
## RE SUCCESSIVE PETITION- 28 U.S.C. § 2254

### I. Introduction

This matter is before the Court on *pro se* Petitioner's Petition for Writ of Habeas Corpus brought filed to 28 U.S.C. § 2254. [ECF No. 1]. This cause has been referred to the Undersigned for consideration and report pursuant to 28 U.S.C. § 636(b)(1)(B) and S.D. Fla. Admin. Order 2019-2. [ECF No. 12].

Petitioner challenges the constitutionality of his conviction entered in Broward County Circuit Court Case No. **83-12801-CF**. [ECF No. 1]. Petitioner previously filed a federal habeas petition attacking this same state court conviction in *Cross v. Florida*, Case No. 94-06354-CV-Zloch (S.D. Fla. April 20, 1994). On

August 16, 1994, this Court denied the petition on the merits. [94-06354-CV, ECF Nos. 8, 9]. Petitioner did not appeal.

Here, Petitioner again seeks to challenge his state criminal proceedings in the same criminal case. [ECF No. 1]. However, "[b]efore presenting a second or successive petition, the petitioner must obtain an order from the appropriate court of appeals authorizing the district court to consider the petition as required by 28 U.S.C. § 2244(b)(3) and (4)." Rules Governing § 2254 Proceedings, R. 9. No authorization has been granted in this case.

The Court lacks jurisdiction to decide this case absent such an authorization from the United States Court of Appeals for the Eleventh Circuit. *See Gonzalez v. Sec'y. for the Dep't. of Corr.*, 366 F.3d 1253, 1297-98 (11th Cir. 2004).

## II. Recommendations

Based on the foregoing, it is **RECOMMENDED** that this case be **DISMISSED** without prejudice, as an unauthorized successive petition.

Any party who objects to this recommendation or anything in it must, within fourteen days of the date of service of this document, file specific written objections with the Clerk of this Court. Failure to do so will bar a *de novo* determination by the district judge of anything in the recommendation and will bar an attack, on appeal, of the factual findings of the Magistrate Judge. *See* 28 U.S.C. § 636(b)(1)(C); *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Signed this 1st day of October, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

cc: **Craig Cross**
DC# 083510
Apalachee Correctional Institution East
Inmate Mail/Parcels
35 Apalachee Drive
Sneads, FL 32460
PRO SE

**Noticing 2254 SAG Broward and North**
Email: CrimAppWPB@MyFloridaLegal.com